UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Monday, November 7, 2005 @ 1:00 p.m.

CASE NUMBER: 3:CV-05-1577

CAPTION:     Suazo v. Torres

COUNSEL FOR PLAINTIFF:          P. Timothy Kelly, Esquire
                                Danielle M. Ross

COUNSEL FOR DEFENDANT:          G. Edward Schweikert, IV, Esquire

---

**CONFERENCE RESULTS:**

- Case under mandatory mediation.  Not to occur until we have some discovery and deposition of principles.  Counsel to consult with mediator on timing for mediation.
- Some issues need clarification, such as role of a third party who was involved.
- May end up admitting liability.
- Initial discovery for mediation purposes to run until end of January 2006.
- If mediation is unsuccessful, we ask counsel to set up a conference call to determine additional times.
- Copy of this case action memorandum to be sent to mediator.